IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IVERY T. WILLIAMS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | |
| | § | No. 3:14-cv-2652-N |
| RISSI OWENS, ET AL., | § | |
| | § | |
| Respondents. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Petitioner's "Motion for Restraining Order, Injunction" [Dkt. No. 6] is DENIED without prejudice.

SO ORDERED this 29th day of September, 2014

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE